# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>    v.<br><br>PROJECT FAIR BID INC,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C11-809 MJP |

\_\_      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The above-entitled matter is DISMISSED on grounds of improper service and improper venue.
    Alteratively, should this dismissal be overturned for any reason, the matter is TRANSFERRED to the U.S. District Court for the Northern District of California.

    Dated August 11, 2011.

                                                          William M. McCool
                                                          Clerk of Court

                                                          s/Mary Duett
                                                          Deputy Clerk